

# BIR-TV 10
*Straight from the Heart*
SON AVENUE, KNOXVILLE, TN 37917
(865) 637-1010

## INVOICE

HAYWOOD HOUSE INC
1921 PARKWAY
P O BOX 929
GEON FORGE TN 37863

REP: SLSP: STEVE FOSTER
ADV: HAYWOOD HOUSE
PROD: HAYWOOD HOUSE/

| DATE | 9/30/01 | | |
|---|---|---|---|
| ORDER TYPE | INVOICE NO. | PAGE | BROADCAST MONTH |
| STANDARD | 10910311 | 4 | SEPTEMBER |
| | SCHEDULE DATES | | CONTRACT YEAR |
| | 9/06/01-11/02/01 | | |
| | BILLING INSTRUCTIONS | | |
| | STANDARD BROADCAST CALENDAR | | |

**TERMS: NET DUE 30 DAYS**

THANKS LYNN

### SCHEDULE

| PRICE | SS# | NUMBER THIS PER | DATE | DAY | TIME | LENGTH | M/G FOR | ACTUAL BROADCAST PRODUCT DESCRIPTION | PRICE | REMARKS | RECONCILIATION DR | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 8 | 1 | 9/15 | SA | 04:58P | :30 | MG | 1 9/14, TV ITEMS #33 | 60 | MAKEGOOD | 60 | |
| 60 | 9 | 1 | 9/15 | SA | 04:26P | :30 | MG | 1 9/14, TV ITEMS #31 | 60 | MAKEGOOD | 60 | |
| 60 | 10 | 1 | 9/15 | SA | 04:42P | :30 | MG | 1 9/14 TV ITEMS #32 | 60 | MAKEGOOD | 60 | |
| 60 | 11 | 1 | 9/15 | SA | 05:53P | :30 | MG | 1 9/14 TV ITEMS #35 | 60 | MAKEGOOD | 60 | |
| 60 | 12 | 1 | 9/15 | SA | 05:28P | :30 | MG | 1 9/14 HAND CARVED CANDLES | 60 | MAKEGOOD | 60 | |

SCHEDULE PRICE 2,880.00

48 TOTAL UNITS
ACTUAL GROSS BILLING 2,880.00
AGENCY COMMISSION 432.00
NET DUE $1,539 10/9/01 2,448.00

SUB-TOTALS 720
TOTAL RECONCILING ITEMS .00 720

OK

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

Station Representative

Knox County, TN Notary Public

My commission expires

**EXHIBIT A**

V00742

# WBIR-TV 10
*Straight from the Heart*

1513 HUTCHINSON AVENUE, KNOXVILLE, TN 37917
(865) 637-1010

**INVOICE**

140490
HAYWOOD HOUSE INC
3421 PARKWAY
P O BOX 929
PIGEON FORGE TN 37863

REF #:
DESC: THANKS LYNN

REP: SLSP: STEVE FOSTER
ADV: HAYWOOD HOUSE
PROD: HAYWOOD HOUSE/

DATE 9/30/01  1957-00011

| ORDER TYPE | STANDARD | | |
|---|---|---|---|
| INVOICE NO. | 10910311 | PAGE 3 | BROADCAST MONTH SEPTEMBER |
| SCHEDULE DATES 9/06/01-11/02/01 | | BILLING INSTRUCTIONS | CONTRACT YEAR |
| | | STANDARD BROADCAST CALENDAR | |

**TERMS: NET DUE 30 DAYS**

| SCHEDULE | | | | | | ACTUAL BROADCAST | | | RECONCILIATION | |
|---|---|---|---|---|---|---|---|---|---|---|
| SCHEDULE DESCRIPTION | PRICE | SS# | NUMBER THIS PER | DATE | DAY | TIME | LENGTH | M/G FOR | PRODUCT DESCRIPTION | PRICE | REMARKS | DR | CR |
| 3P-3P | 60 | 2 | 1 MG FOR: | 9/27 | TH | 03:49P | :30 | | TV ITEMS #33 | 60 | MAKEGOOD | 60 | |
| | | | | 9/28 | FR | 09:54A | :30 | MG 9/13 | HAND CARVED CANDLES | 60 | MAKEGOOD | 60 | |
| -3P | 60 | 3 | 1 MG FOR: | 9/28 | FR | 10:31A | :30 | 1 9/13 | TV ITEMS #35 | 60 | MAKEGOOD | 60 | |
| -3P | 60 | 4 | 1 MG FOR: | 9/28 | FR | 11:24A | :30 | 1 9/13 | TV ITEMS #30 | 60 | MAKEGOOD | 60 | |
| -4P | 60 | 5 | 1 MG FOR: | 9/28 | FR | 12:31P | :30 | 1 9/13 | AWSOME AUGER | 60 | MAKEGOOD | 60 | |
| -4P | 60 | 6 | 1 MG FOR: | 9/28 | FR | 03:22P | :30 | 1 9/13 | TV ITEMS #31 | 60 | MAKEGOOD | 60 | |
| -4P | 60 | 7 | 1 MG FOR: | 9/28 | FR | 03:54P | :30 | 1 9/13 | TV ITEMS #32 | 60 | MAKEGOOD | 60 | |
| -3P | 60 | | 1 MG FOR: | 9/15 | SA | 02:35P | :30 | MG 9/13 | TV ITEMS #33 | 60 | MAKEGOOD | 60 | |
| -3P | 60 | | 1 MG FOR: | 9/15 | SA | 02:39P | :30 | 1 MG 9/13 | HAND CARVED CANDLES | 60 | MAKEGOOD | 60 | |
| -3P | 60 | | 1 MG FOR: | 9/15 | SA | 02:52P | :30 | 1 MG 9/13 | TV ITEMS #32 | 60 | MAKEGOOD | 60 | |
| -3P | 60 | | 1 MG FOR: | 9/15 | SA | 02:58P | :30 | 1 MG 9/13 | AWSOME AUGER | 60 | MAKEGOOD | 60 | |
| -4P | 60 | | 1 MG FOR: | 9/15 | SA | 03:47P | :30 | 1 9/13 | TV ITEMS #30 | 60 | MAKEGOOD | 60 | |
| -4P | 60 | | 1 MG FOR: | 9/15 | SA | 03:19P | :30 | 1 9/13 | TV ITEMS #35 | 60 | MAKEGOOD | 60 | |
| | 60 | 13 | 1 MG FOR: | 9/21 | FR | 03:55P | :30 | 1 9/14 | HAND CARVED CANDLES | 60 | MAKEGOOD | 60 | |

** CONTINUED **

| | SUB-TOTALS |
|---|---|
| COST CONFIRMATION | ACTUAL GROSS BILLING |
| | AGENCY COMMISSION |
| | NET DUE  TOTAL RECONCILING ITEMS |

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

Station Representative

Knox County, TN Notary Public
My commission expires

V00743

# WBIR-TV10
*Straight from the Heart*
1513 HUTCHINSON AVENUE, KNOXVILLE, TN 37917
(865) 637-1010

## INVOICE

```
Mar. 16. 2010  12:45PM   HAYWOOD HOUSE INC                             No. 2242   P. 3
```

REF#: 140490
HAYWOOD HOUSE INC
3421 PARKWAY
P O BOX 929
PIGEON FORGE TN  37863

DESC: THANKS LYNN

REP: SLSP:STEVE FOSTER
ADV: HAYWOOD HOUSE
PROD: HAYWOOD HOUSE/

| DATE | ORDER TYPE | INVOICE NO. | PAGE | BROADCAST MONTH |
|---|---|---|---|---|
| 9/30/01 | STANDARD | 10910311 | 2 | SEPTEMBER |
| | SCHEDULE DATES | BILLING INSTRUCTIONS | | CONTRACT YEAR |
| | 9/06/01-11/02/01 | STANDARD BROADCAST CALENDAR | | 1957-00011 |

**TERMS: NET DUE 30 DAYS**

### SCHEDULE / ACTUAL BROADCAST / RECONCILIATION

| DT SCHEDULE DESCRIPTION | PRICE | SS# | NUMBER THIS PER. | DATE | DAY | TIME | LENGTH MKG FOR | PRODUCT DESCRIPTION | PRICE | REMARKS | DR | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 9/14 | FR | 10:18A | :30 | TV ITEMS #33 | 0 | NEWS SPEC | | |
| | | | | 9/14 | FR | 10:42A | :30 | HAND CARVED CANDLES | 0 | NEWS SPEC | | |
| | | | | 9/14 | FR | 11:36A | :30 | TV ITEMS #35 | 0 | NEWS SPEC | | |
| | | | | 9/20 | TH | 10:18A | :30 | TV ITEMS #30 | 60 | | | |
| | | | | 9/20 | TH | 11:42A | :30 | AWSOME AUGER | 60 | | | |
| | | | | 9/20 | TH | 12:56P | :30 | TV ITEMS #31 | 60 | | | |
| | | | | 9/20 | TH | 03:13P | :30 | TV ITEMS #32 | 60 | | | |
| | | | | 9/20 | TH | 03:49P | :30 | TV ITEMS #33 | 60 | | | |
| | | | | 9/21 | FR | 09:29A | :30 | HAND CARVED CANDLES | 60 | | | |
| | | | | 9/21 | FR | 10:14A | :30 | TV ITEMS #35 | 60 | | | |
| | | | | 9/21 | FR | 10:48A | :30 | TV ITEMS #30 | 60 | | | |
| | | | | 9/21 | FR | 11:18A | :30 | AWSOME AUGER | 60 | | | |
| | | | | 9/21 | FR | 11:54A | :30 | TV ITEMS #31 | 60 | | | |
| | | | | 9/21 | FR | 03:26P | :30 | TV ITEMS #32 | 60 | | | |
| | | | | 9/27 | TH | 07:27A | :30 | TV ITEMS #33 | 60 | | | |
| | | | | 9/27 | TH | 10:25A | :30 | TV ITEMS #35 | 60 | | | |
| | | | | 9/27 | TH | 10:59A | :30 | AWSOME AUGER | 60 | | | |
| | | | | 9/27 | TH | 11:33A | :30 | TV ITEMS #31 | 60 | | | |
| | | | | 9/27 | TH | 03:14P | :30 | TV ITEMS #32 | 60 | | | |

D COST ONFIRMATION

** CONTINUED **

ACTUAL GROSS BILLING     SUB-TOTALS
AGENCY COMMISSION        TOTAL RECONCILING ITEMS
NET DUE

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

Station Representative                Knox County, TN Notary Public                My commission expires

V00744

# WBIR-TV 10
*Straight from the Heart*

1513 HUTCHINSON AVENUE, KNOXVILLE, TN 37917
(865) 637-1010

**INVOICE**

| | |
|---|---|
| 140490 | REP: |
| HAYWOOD HOUSE INC | SLSP: STEVE FOSTER |
| 3421 PARKWAY | ADV: HAYWOOD HOUSE |
| P O BOX 929 | PROD: HAYWOOD HOUSE/ |
| PIGEON FORGE TN 37863 | |

REF#:
DESC: THANKS LYNN

| ORDER TYPE | DATE | | |
|---|---|---|---|
| STANDARD | 9/30/01 | | |
| INVOICE NO. | PAGE | BROADCAST MONTH | |
| 10910311 | 1 | SEPTEMBER | |
| SCHEDULE DATES | | CONTRACT YEAR | |
| 9/06/01-11/02/01 | | 1957-00011 | |
| BILLING INSTRUCTIONS | | | |
| STANDARD BROADCAST CALENDAR | | | |

**TERMS: NET DUE 30 DAYS**

## SCHEDULE

| PRICE | SS# | NUMBER THIS PER |
|---|---|---|
| 60 | 1 | 48 |

## ACTUAL BROADCAST

| DATE | DAY | TIME | LENGTH M/G FOR | PRODUCT DESCRIPTION | PRICE | REMARKS |
|---|---|---|---|---|---|---|
| 9/06 | TH | 09:27A | :30 | TV ITEMS #31 | 60 | 0 NEWS SPEC |
| 9/06 | TH | 10:25A | :30 | TV ITEMS #32 | 60 | 0 NEWS SPEC |
| 9/06 | TH | 10:59A | :30 | TV ITEMS #33 | 60 | 0 NEWS SPEC |
| 9/06 | TH | 11:29A | :30 | HAND CARVED CANDLES | 60 | 0 NEWS SPEC |
| 9/06 | TH | 11:59A | :30 | TV ITEMS #30 | 60 | 0 NEWS SPEC |
| 9/06 | TH | 02:50P | :30 | TV ITEMS #31 | 60 | 0 NEWS SPEC |
| 9/07 | FR | 09:44A | :30 | TV ITEMS #32 | 60 | 0 NEWS SPEC |
| 9/07 | FR | 10:22A | :30 | TV ITEMS #33 | 60 | 0 NEWS SPEC |
| 9/07 | FR | 10:59A | :30 | HAND CARVED CANDLES | 60 | 0 NEWS SPEC |
| 9/07 | FR | 11:46A | :30 | TV ITEMS #30 | 60 | 0 NEWS SPEC |
| 9/07 | FR | 12:58P | :30 | TV ITEMS #31 | 60 | 0 NEWS SPEC |
| 9/07 | FR | 03:00P | :30 | TV ITEMS #32 | 60 | 0 NEWS SPEC |
| 9/13 | TH | | :30 | TV ITEMS #33 | 60 | 0 NEWS SPEC |
| 9/13 | TH | | :30 | HAND CARVED CANDLES | 60 | 0 NEWS SPEC |
| 9/13 | TH | | :30 | TV ITEMS #30 | 60 | 0 NEWS SPEC |
| 9/13 | TH | | :30 | TV ITEMS #31 | 60 | 0 NEWS SPEC |
| 9/13 | TH | | :30 | TV ITEMS #32 | 60 | 0 NEWS SPEC |
| 9/14 | FR | | :30 | AWSOME AUGER | 60 | 0 NEWS SPEC |
| 9/14 | FR | | :30 | TV ITEMS #31 | 60 | 0 NEWS SPEC |
| 9/14 | FR | | :30 | TV ITEMS #32 | 60 | 0 NEWS SPEC |

** CONTINUED **

ACTUAL GROSS BILLING SUB-TOTALS
AGENCY COMMISSION TOTAL RECONCILING ITEMS
NET DUE

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

Station Representative

Knox County, TN Notary Public

My commission expires

V00745





Mar. 16. 2010 12:46PM    CHAYWOOD HOUSE INC    No. 2242    P. 7

# INVOICE 24705

**WATE 6 abc**
P.O. BOX 2349
KNOXVILLE, TENNESSEE 37901
(865) 637-6666

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 82851301 | 9/30/01 | 3 |

| RATE CARD | BROADCAST MONTH | AGENCY |
|---|---|---|
| 3A | SEPTEMBER | STD YES |

**AGENCY BILLING ADDRESS**
HAYWOOD HOUSE, INC.
P.O. BOX 929
PIGEON FORGE, TN 37868

**MAKE PAYMENT TO**
WATE-TV6
P.O. BOX 60172
CHARLOTTE, NC 28260

| REPRESENTATIVE | PRODUCT | CONTRACT END DATE |
|---|---|---|
| LOCAL | KNX TV ITEMS/VAR/SEPT | 9/28/01 |

| ADVERTISER | SALESPERSON NUMBER | CUSTOMER NUMBER |
|---|---|---|
| HHI | RHO 6701 | 116 828513 290520 |

## SCHEDULE

| START DATE | END DATE | M T W T F S S | RO | TIME PERIOD | PLAN | RATE | NO. |
|---|---|---|---|---|---|---|---|
| 9/21 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/21 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 9AM-12NN | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| 9/28 | 9/28 | 1 | | 12NN-4PM | 3 | | 1 |
| | | | | | | | 24 |

## ACTUAL BROADCAST

| DATES | DAY | LENGTH | TIME | M/G FOR | AGENCY COPY NUMBER/DESCRIPTION | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|
| 9/19 | WE | 30 | 1228P | 9/12 | TV ITEMS #31 | 60 | MAKEGOOD |
| 9/19 | WE | 30 | 1247P | 9/12 | TV ITEMS #32 | 60 | MAKEGOOD |
| 9/19 | WE | 30 | 1252P | 9/12 | TV ITEMS #33 | 60 | MAKEGOOD |
| 9/19 | WE | 30 | 1219P | 9/12 | AWESOME AUGER | 60 | MAKEGOOD |
| 9/20 | TH | 30 | 1239P | 9/12 | TV ITEMS #31 | 60 | MAKEGOOD |
| 9/20 | TH | 30 | 1252P | 9/12 | TV ITEMS #32 | 60 | MAKEGOOD |
| 9/20 | TH | 30 | 1225P | 9/12 | TV ITEMS #33 | 60 | MAKEGOOD |
| 9/26 | WE | 30 | 1252P | 9/13 | HAND CARVED CANDLES | 60 | MAKEGOOD |
| 9/26 | WE | 30 | 1253P | 9/13 | TV ITEMS #30 | 60 | MAKEGOOD |
| 9/26 | WE | 30 | 158P | 9/13 | TV ITEMS #35 | 60 | MAKEGOOD |
| 9/27 | TH | 30 | 1228P | 9/13 | HAND CARVED CANDLES | 60 | MAKEGOOD |
| 9/27 | TH | 30 | 1251P | 9/13 | TV ITEMS #35 | 60 | MAKEGOOD |
| 9/27 | TH | 30 | 129P | 9/13 | TV ITEMS #33 | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 910A | 9/12 | TV ITEMS #35 | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 929A | 9/12 | HAND CARVED CANDLES | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 920A | 9/12 | AWESOME AUGER | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 1253P | 9/12 | TV ITEMS #30 | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 1251P | 9/12 | TV ITEMS #31 | 60 | MAKEGOOD |
| 9/21 | FR | 30 | 920A | 9/12 | TV ITEMS #32 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 953A | 9/13 | TV ITEMS #33 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 928A | 9/13 | TV ITEMS #30 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 920A | 9/13 | TV ITEMS #31 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 1252P | 9/13 | TV ITEMS #32 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 125BP | 9/13 | TV ITEMS #35 | 60 | MAKEGOOD |
| 9/28 | FR | 30 | 1240P | 9/13 | HAND CARVED CANDLES | 60 | MAKEGOOD |

**MONTHLY COST CONFIRMATION** 2,880.00

I warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by the advertiser or agency for at least 12 months.

**TOTAL NUMBER OF SPOTS BILLED** 48

**RECONCILIATION**

| ACTUAL GROSS BILLING | AGENCY COMMISSION | NET DUE AMOUNT | SUB-TOTAL | TOTAL RECONCILING ITEMS | DR/CR |
|---|---|---|---|---|---|
| 2,880.00 | 432.00 | 2,448.00 | 2,880.00 | | |

ORIGINAL COPY

TIN # 51-0356702

1639
10/19/01
OK

V00748

```
INVOICE 282124

AGENCY BILLING ADDRESS              MAKE PAYMENT TO
HAYWOOD HOUSE, INC.                 WATE 6
P.O. BOX 929                        P.O. BOX 2349
PIGEON FORGE, TN 37868              KNOXVILLE, TENNESSEE 37901
                                    (865) 637-6666

                                    INVOICE NUMBER: 82851301
                                    DATE:
                                    PAGE: 2

REPRESENTATIVE: ATELTV6             PRODUCT: KNX
                P O BOX 60172                TV ITEMS/VAR/SEPT
                CHARLOTTE, NC 28260

                                    RATE CARD: 3A
                                    BROADCAST MONTH: SEPTEMBER  STD: YES
                                    CONTRACT END DATE: 9/30/01
ADVERTISER: LOCAL                   SALESPERSON NUMBER: 115
                                    CONTRACT NUMBER: 828501
                                    CUSTOMER NUMBER: 290520

REPRESENTATIVE: HHI                 RHO    6701    828513
```

| SCHEDULE | | | | | | | | | | | ACTUAL BROADCAST | | | | AGENCY COPY NUMBER/DESCRIPTION | AMOUNT | REMARKS | RECONCILIATION DR/CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LN | START DATE | END DATE | M | T | W | T | F | S | S | PROG | TIME PERIOD | PLAN | RATE | NO. | DATES | DAY | LENGTH | TIME | M/G FOR | | | |
| 02 | 9/05 | 9/27 | | | 3 | 3 | | | | | 12NN-4PM | | 60 | 24 | 9/20 TH | 30 | 1026A | TV ITEMS #30 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/26 WE | 30 | 911A | TV ITEMS #31 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/26 WE | 30 | 930A | TV ITEMS #32 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/26 WE | 30 | 1036A | TV ITEMS #33 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/27 TH | 30 | 911A | AWESOME AUGER | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/27 TH | 30 | 944A | TV ITEMS #30 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/27 TH | 30 | 1036A | TV ITEMS #31 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/27 TH | 30 | 1247P | HAND CARVED CANDLES | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/05 WE | 30 | 1252P | TV ITEMS #35 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/05 WE | 30 | 329P | TV ITEMS #30 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/06 TH | 30 | 1228P | TV ITEMS #31 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/06 TH | 30 | 1259P | TV ITEMS #32 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/06 TH | 30 | 258P | TV ITEMS #33 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/12 WE | 30 | 1219P | TV ITEMS #30 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/12 WE | 30 | 1240P | HAND CARVED CANDLES | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/12 WE ABC NEWS SPL REPORT | 30 | 1253P | TV ITEMS #35 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/12 WE ABC NEWS SPL REPORT | 30 | 1225P | TV ITEMS #32 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/13 TH ABC NEWS SPL REPORT | 30 | 1227P | TV ITEMS #33 | 60 | N/C MISSED | 60 |
| | | | | | | | | | | | | | | | 9/13 TH ABC NEWS SPL REPORT | 30 | 1247P | HAND CARVED CANDLES | 60 | N/C MISSED | 60 |

CONTINUED NEXT PAGE

MONTHLY COST CONFIRMATION: We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

TN # 51-0356702

ACTUAL GROSS BILLING | AGENCY COMMISSION | NET DUE AMOUNT | SUB-TOTAL | TOTAL RECONCILING ITEMS

ORIGINAL COPY

V00749

# INVOICE 24723

| | |
|---|---|
| AGENCY BILLING ADDRESS | |
| HAYWOOD HOUSE, INC. | |
| P.O. BOX 929 | |
| PIGEON FORGE, TN 37868 | |

MAKE PAYMENT TO
HAYWOOD HOUSE, INC.
P O BOX 60172
CHARLOTTE, NC 28260

**WATE 6 abc**
P.O. BOX 2349
KNOXVILLE, TENNESSEE 37901
(865) 637-6666

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 82851301 | 9/30/01 | 1 |

| RATE CARD | BROADCAST MONTH | AGENCY |
|---|---|---|
| 3A | SEPTEMBER | STD. YES |

| REPRESENTATIVE | ADVERTISER | PRODUCT | CONTRACT END DATE |
|---|---|---|---|
| LOCAL | HHI | KNX TV ITEMS/VAR/SEPT 114 | 9/28/01 |

| SALESPERSON NUMBER | CONTRACT NUMBER | CUSTOMER NUMBER |
|---|---|---|
| RHO | 6701 | 828513 | 290520 |

## SCHEDULE
INVOICE BILLING DATES: 09/05/01 – 09/28/01

| LINE | START DATE | END DATE | M T W T F S S | RO | TIME PERIOD | PLAN | RATE | NO. |
|---|---|---|---|---|---|---|---|---|
| 01 | 9/05 | 9/27 |   3 3   3 |  | 9AM-12NN |  | 60 |  |

## ACTUAL BROADCAST

| DATES | DAY | LENGTH | TIME | MG FOR | AGENCY COPY NUMBER/DESCRIPTION | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|
| 9/05 | WE | 30 | 940A |  | TV ITEMS #31 | 60 |  |
| 9/05 | WE | 30 | 1019A |  | TV ITEMS #32 | 60 |  |
| 9/05 | WE | 30 | 1036A |  | TV ITEMS #33 | 60 |  |
| 9/06 | TH | 30 | 918A |  | TV ITEMS #31 | 60 |  |
| 9/06 | TH | 30 | 948A |  | TV ITEMS #32 | 60 |  |
| 9/06 | TH | 30 | 1037A |  | TV ITEMS #33 | 60 |  |
| 9/12 | WE | 30 | 921A |  | AWESOME AUGER | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/12 | WE | 30 | 952A |  | TV ITEMS #31 | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/12 | WE | 30 | 1053A |  | TV ITEMS #32 | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/13 | TH | 30 | 928A |  | TV ITEMS #30 | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/13 | TH | 30 | 945A |  | AWESOME AUGER | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/13 | TH | 30 | 1028A |  | TV ITEMS #31 | N/C | MISSED |
| DUE ABC NEWS SPL REPORT |  |  |  |  |  |  |  |
| 9/19 | WE | 30 | 901A |  | TV ITEMS #35 | 60 |  |
| 9/19 | WE | 30 | 911A |  | TV ITEMS #30 | 60 |  |
| 9/19 | WE | 30 | 953A |  | AWESOME AUGER | 60 |  |
| 9/20 | TH | 30 | 930A |  | HAND CARVED CANDLES | 60 |  |
| 9/20 | TH | 30 | 944A |  | TV ITEMS #35 | 60 |  |

CONTINUED NEXT PAGE

MONTHLY COST CONFIRMATION

| ACTUAL GROSS BILLING | SUB-TOTAL |
|---|---|
| AGENCY COMMISSION | TOTAL RECONCILING ITEMS |
| NET DUE AMOUNT |  |

ORIGINAL COPY

We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months.

V00750

# INVOICE

| INVOICE NUMBER | DATE | PAGE |
|---|---|---|
| 08294401 | 9-30-01 | 2 |

| BROADCAST MONTH | AGENCY |
|---|---|
| SEPTEMBER | 2 |

| RATE CARD | TERMS |
|---|---|
| 345  27 | STD  YES |

**AGENCY BILLING ADDRESS**

HAYWOOD HOUSE
P.O. BOX 929
PIGEON FORGE, TN 37868

**PLEASE SEND PAYMENT TO**

WVLT-TV, INC.
VOLUNTEER TV
No. 2242 P.O. BOX 59088
KNOXVILLE, TN 37950

A SUBSIDIARY OF GRAY COMMUNICATIONS SYSTEMS, INC.
WVLT-TV, INC./CH8
PO BOX 59088
KNOXVILLE, TENNESSEE 37950 9088
423-450 8888

| REPRESENTATIVE | PRODUCT | CONTRACT END DATE |
|---|---|---|
|  | KNX SEPTEMBER | 9-30-01 |

| ADVERTISER | SALESPERSON NUMBER | CONTRACT NUMBER | CUSTOMER NUMBER |
|---|---|---|---|
| HAYWOOD HOUSE | PJA 0016 | 082994 | 881840 |

## SCHEDULE

| LN | START DATE | END DATE | M T W T F S S | RO | TIME PERIOD | PLAN | RATE | NO. | ACTUAL BROADCAST DATES | DAY | LENGTH | TIME | MO/FOR | AGENCY COPY NUMBER/DESCRIPTION | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 9-10 | 9-30 | ROTATING | | 211A-12N | | 100 | 8 | 9-27 | TH | 30 | 1217P | | AWESOME AUGER | 120 | |
| | | | | | | | | | 9-13 | TH | 30 | 1125A | | TV ITEMS #30 | 100 | |
| | | | | | | | | | 9-14 | FR | 30 | 130P | | TV ITEMS #30 | 100 | |
| | | | | | | | | | 9-19 | WE | 30 | 1059A | | HAND CARVED CANDLES | 100 | |
| | | | | | | | | | 9-21 | FR | 30 | 1058A | | TV ITEMS #31 | 100 | |
| | | | | | | | | | 9-26 | WE | 30 | 1058A | | TV ITEMS #35 | 100 | |
| 6 | 9-12 | 9-14 | ROTATING | | 111A-12N | | 100 | 1 | 9-27 | TH | 30 | 1058A | | HAND CARVED CANDLES | 100 | |
| 7 | 9-19 | 9-21 | ROTATING | | 111A-12N | | 100 | 1 | 9-14 | FR | 30 | 133P | | TV ITEMS #32 | 100 | |
| | | | | | | | | | 9-20 | TH | 30 | 1158A | | HAND CARVED CANDLES | 100 | |

THANK YOU FOR YOUR ORDER.

| MONTHLY COST CONFIRMATION | ACTUAL GROSS BILLING | SUB-TOTAL |
|---|---|---|
| 2,960.00 | 2,960.00 | |

| TOTAL NUMBER OF SPOTS BILLED | AGENCY COMMISSION | TOTAL RECONCILING ITEMS |
|---|---|---|
| 32 | 444.00 | |

| | NET DUE AMOUNT |
|---|---|
| | 2,516.00 |

Handwritten: #1634?  10/9/01  Total 2 invoices  #2,686.00  OK

advertiser or agency for at least 12 months. taken from the program log and will be available, on request, for inspection by warrant that the actual broadcast information shown on this invoice was

700751

# INVOICE

| AGENCY BILLING ADDRESS | | | | | | | | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| HAYWOOD HOUSE<br>P.O. BOX 929<br>PIGEON FORGE, TN 37868 | | | | | | | | 08299401 | 9-30-01 | 1 |

A SUBSIDIARY OF GRAY COMMUNICATIONS SYSTEMS, INC.
WVLT-TV, INC./CH8
PO BOX 59088
KNOXVILLE, TENNESSEE 37950-9088
423-450-8888

| PLEASE SEND PAYMENT TO | REPRESENTATIVE | PRODUCT | RATE CARD | BROADCAST MONTH |
|---|---|---|---|---|
| WVLT-TV, INC.<br>VOLUNTEER TV<br>PO BOX 59088<br>KNOXVILLE, TN 37950 | | | 27 | SEPTEMBER |

| ADVERTISER | SALESPERSON NUMBER | CONTRACT NUMBER | CUSTOMER NUMBER | TERMS |
|---|---|---|---|---|
| HAYWOOD HOUSE | KNX SEPTEMBER 344 | 082994 | 881840 | STD YES |

PJA 0016   9-30-01

### SCHEDULE

| LN | START DATE | END DATE | M T W T F S S | RO | TIME PERIOD | PLAN | RATE | NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 9-05 | 9-30 | | 2 | 7A-8A | | 70 | 8 |
| 2 | 9-05 | 9-30 | | ROTATING | 21135 1237M | | 80 | 8 |
| 4 | 9-05 | 9-30 | | ROTATING | 212N-1230PM | | 120 | |

CONTINUED NEXT PAGE

### ACTUAL BROADCAST

| DATES | DAY | LENGTH | TIME | MG/FOR | AGENCY COPY NUMBER/DESCRIPTION | AMOUNT | REMARKS |
|---|---|---|---|---|---|---|---|
| 9-09 | SU | 30 | 713A | | TV ITEMS #31 | 70 | |
| 9-09 | SU | 30 | 741A | | TV ITEMS #32 | 70 | |
| 9-16 | SU | 30 | 723A | | TV ITEMS #33 | 70 | |
| 9-16 | SU | 30 | 758A | | TV ITEMS #35 | 70 | |
| 9-23 | SU | 30 | 723A | | TV ITEMS #32 | 70 | |
| 9-23 | SU | 30 | 758A | | TV ITEMS #33 | 70 | |
| 9-30 | SU | 30 | 712A | | TV ITEMS #31 | 70 | |
| 9-30 | SU | 30 | 754A | | TV ITEMS #30 | 70 | |
| 9-05 | WE | 30 | 1214A | | AWESOME AUGER | 80 | |
| 9-06 | TH | 30 | 1202A | | AWESOME AUGER | 80 | |
| 9-13 | TH | 30 | 131A  | | AWESOME AUGER | 80 | |
| 9-14 | FR | 30 | 1204A | | AWESOME AUGER | 80 | |
| 9-19 | WE | 30 | 1235A | | AWESOME AUGER | 80 | |
| 9-21 | FR | 30 | 1238A | | AWESOME AUGER | 80 | |
| 9-26 | WE | 30 | 1215A | | AWESOME AUGER | 80 | |
| 9-27 | TH | 30 | 1229A | | AWESOME AUGER | 80 | |
| 9-05 | WE | 30 | 1224P | | TV ITEMS #30 | 120 | IN REG PGM |
| 9-07 | FR | 30 | 128P  | | AWESOME AUGER | 120 | |
| 9-13 | TH | 30 | 1223P | | AWESOME AUGER | 120 | |
| 9-14 | FR | 30 | 148P  | | AWESOME AUGER | 120 | |
| 9-19 | WE | 30 | 1217P | | AWESOME AUGER | 120 | |
| 9-21 | FR | 30 | 1208P | | AWESOME AUGER | 120 | |
| 9-26 | WE | 30 | 1208P | | AWESOME AUGER | 120 | |

INVOICE BILLING DATES: 09/05/01-09/30/01

| MONTHLY COST CONFIRMATION | ACTUAL GROSS BILLING | SUB-TOTAL |
|---|---|---|
| We warrant that the actual broadcast information shown on this invoice was taken from the program log and will be available, on request, for inspection by advertiser or agency for at least 12 months. | AGENCY COMMISSION | TOTAL RECONCILING ITEMS |
| | NET DUE AMOUNT | |