UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
VERSATILE HOUSEWARES & GARDENING
SYSTEMS, INC.,

          Plaintiff,

    v.

THILL LOGISTICS, INC.;
SAS GROUP, INC.;
NAT, LLC; and
JORDAN DREW CORPORATION,

          Defendants.
-----------------------------------------------------------------------X
SAS GROUP, INC. and JORDAN DREW
CORPORATION,

          Counterclaim and Third-Party Plaintiffs,

    v.

VERSATILE HOUSEWARES & GARDENING
SYSTEMS, INC. and THOMAS MOTOSKO,

          Counterclaim and Third-Party Defendants.
-----------------------------------------------------------------------X

Civil Action No.
09-cv-10182 (SHS) (AJP)

## DEFENDANTS' REQUESTED QUESTIONS FOR VOIR DIRE

Defendants/Counterclaim and Third-Party Plaintiffs, SAS Group, Inc., Jordan Drew

Corporation, Scott Sobo and Gene Sobo (collectively "Defendants"), by and through their

counsel Harrington, Ocko & Monk, LLP, submit the following questions for voir dire:

**Parties and Witnesses**

1.     Defendant SAS Group, Inc. and Jordan Drew Corporation are New York companies. Plaintiff Versatile Housewares & Gardening Systems, Inc. is a Wisconsin company. Are you familiar with or have you made purchases of products from any of these companies. If you are familiar with any of these companies, in what capacity are you familiar with them. If you purchased products from any of these companies, which products and when did you make the purchase. Do you have any experience with or knowledge about any of these companies or their products, which would affect your ability to be a fair and impartial juror in this case.

2.      Plaintiff Versatile and Third-Party Motosko are represented by Michael T. Griggs and
        Adam L. Brookman of Boyle Fredrickson S.C., and Defendants and Third-Party
        Plaintiffs are represented by Kevin J. Harrington and John T.A. Rosenthal of Harrington,
        Ocko & Monk, LLP.  Do you know any of these attorneys, or have you or any members
        of your family had any dealings or been represented by any of these attorneys.

3.      Have you ever purchased a product as a result of an infomercial broadcast on television.

4.      Regardless of whether you have purchased products sold through infomercials, do you
        have any views or opinions, positive or negative, about infomercials, the products sold
        through infomercials, or the companies that sell products through infomercials.

5.      Are you familiar with the TV pitchman and celebrity, Billy Mays.  Have you ever
        purchased products for which Billy Mays was the television spokesperson or pitchman
        for that product.

6.      Are you familiar with the gardening tool sold under the name "Awesome Auger" through
        commercials featuring Billy Mays as the spokesperson.  Have you ever purchased this
        product as a result of a television commercial featuring Billy Mays.

7.      The following witnesses may be called at the trial of this matter, either in person or
        through use of deposition testimony.  Do you know, or are you otherwise familiar with
        any of these witnesses.

        a.      Thomas Motosko
        b.      Scott Sobo
        c.      Edward Kurzawa
        d.      Gene Sobo
        e.      Larry Chiagouris
        f.      Todd Thill
        g.      Mary Ma
        h.      John Wang

8.      Plaintiff's owner, Thomas Motosko, is disabled due to an accident, and is wheelchair
        bound as a result.  Despite Mr. Motosko's obvious disability, can you as jurors be fair
        and impartial to both sides in deciding this case.

Dated:  White Plains, New York
        February 1, 2016

                                    Respectfully submitted,

                                        s/John T.A. Rosenthal
                                By:_____
                                    Kevin J. Harrington (KH-5027)
                                    John T.A. Rosenthal (JR-4819)

2

HARRINGTON, OCKO& MONK, LLP
*Attorneys for Defendants/Counterclaim and*
*Third-Party Plaintiffs*
*SAS GROUP, INC., JORDAN DREW*
*CORPORATION and GENE SOBO*
81 Main Street – Suite 215
White Plains, New York 10601
Telephone: (914) 686-4800
Facsimile:   (914) 686-4824

TO:

Michael T. Griggs, Esq.
Adam L. Brookman, Esq.
BOYLE FREDRICKSON S.C.
*Attorneys for Plaintiff/Counterclaim*
*and Third Party Defendants*
*VERSATILE HOUSEWARES &*
*GARDENING SYSTEMS, INC. and*
*THOMAS MOTOSKO*
840 N. Plankinton Avenue
Milwaukee, WI 53203
Telephone:  (414) 225-9755
Facsimile:   (414) 225-9753
mtg@boylefred.com
abrookman@boylefred.com