```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VERSATILE HOUSEWARES & GARDENING  :   09-Cv-10182 (SHS)
SYSTEMS, INC.,
                                  :
            Plaintiff,
                                  :
      -against-                       ORDER
                                  :
SAS GROUP, INC., and SCOTT SOBO,
                                  :
            Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court having heard testimony during a Daubert hearing on February 25,

      IT IS HEREBY ORDERED that plaintiff's motion *in limine* to preclude the testimony of marketing expert Larry Chiagouris [doc. # 344] is granted in part and denied in part for the reasons as set forth on the record.

Dated:    New York, New York
           February 26, 2016

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.